STEVE ONETA, Appellant, *v.* PAUL TOCCI COMPANY, INC., Respondent, et al., Defendants.

Argued October 6, 1947; decided October 16, 1947.

*Felix J. McCambley* for appellant.

*William B. Shelton* and *John J. O'Connor* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.